UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANKLIN RAMIREZ-NAVARRETE, | No. 21-605 |
| Petitioner, | Agency No. A094-895-301 |
| v. | ORDER |
| MERRICK B. GARLAND, Attorney General, | |
| Respondent. | |

Before: BERZON, NGUYEN, and MILLER, Circuit Judges.

Petitioner's motion to approve his electronic signature (Docket Entry No. 85) is denied as unnecessary. Petitioner's motion to extend the time to file a petition for rehearing (Docket Entry No. 86) is denied. *See* Fed. R. App. P. 40(d)(1).

**IT IS SO ORDERED.**